UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 4:21-CR-070 |
| v. ) | |
| ) | **INFORMATION** |
| ) | |
| NICOLE POOLE FRANKLIN ) | 18 U.S.C. § 249(a)(1)(B)(ii) |
| ) | |
| Defendant. ) | |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**18 U.S.C. § 249(a)(1) (Hate Crime Act)**

On or about December 9, 2019, in the Southern District of Iowa, defendant NICOLE POOLE FRANKLIN willfully caused bodily injury to Minor Victim #1, and attempted to cause bodily injury to Minor Victim #1 using a dangerous weapon (a motor vehicle), because of Minor Victim #1's actual and perceived race, color, religion, and national origin. The offense included an attempt to kill.

All in violation of Title 18, United States Code, Section 249(a)(1)(B)(ii).

THE UNITED STATES ATTORNEY FURTHER CHARGES:

<u>COUNT 2</u>
**18 U.S.C. § 249(a)(1) (Hate Crime Act)**

On or about December 9, 2019, in the Southern District of Iowa, defendant NICOLE POOLE FRANKLIN willfully caused bodily injury to Minor Victim #2, and attempted to cause bodily injury to Minor Victim #2 using a dangerous weapon (a motor vehicle), because of Minor Victim #2's actual and perceived race, color, religion, and national origin. The offense included an attempt to kill.

All in violation of Title 18, United States Code, Section 249(a)(1)(B)(ii).


RICHARD D. WESTPHAL
ACTING UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF IOWA

*/s/ Richard D. Westphal*
_____
RICHARD D. WESTPHAL
Acting United States Attorney


PAMELA S. KARLAN
PRINCIPAL DEPUTY ASSISTANT
ATTORNEY GENERAL
CIVIL RIGHTS DIVISION
U.S. DEPARTMENT OF JUSTICE

_____
KATHERINE G. DEVAR
ANDREW MANNS
Trial Attorneys