AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   4:21-cr-00070-SMR-CFB-1 |
| | ) | |
| Nicole Poole Franklin | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:   April 21, 2021

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Joseph D. Herrold
*Printed name of defendant's attorney*

_____
*Judge's signature*

Celeste F. Bremer, U.S. Magistrate Judge
*Judge's printed name and title*