IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. 4:21-cr-00070-SMR-CFB |
| Plaintiff, ) | |
| ) | ORDER ACCEPTING |
| vs. ) | MAGISTRATE JUDGE'S REPORT |
| ) | AND RECOMMENDATION |
| NICOLE POOLE FRANKLIN, ) | REGARDING DEFENDANT'S |
| ) | GUILTY PLEA |
| Defendant. ) | |

## I. INTRODUCTION AND BACKGROUND

On April 21, 2021, an Information was returned against Defendant Nicole Poole Franklin, charging her in Counts 1 and 2 with hate crime act, in violation of Title 18, United States Code, Section 249(a)(1)(B)(ii).

On April 21, 2021, Defendant appeared before United States Magistrate Judge Celeste F. Bremer, and entered a plea of guilty to Counts 1 and 2 of the Information. On this same date, Judge Bremer filed a Report and Recommendation in which she recommends that Defendant's guilty plea be accepted. No objections to Judge Bremer's Report and Recommendation were filed. The Court, therefore, undertakes the necessary review of Judge Bremer's recommendation to accept Defendant's plea in this case.

## II. ANALYSIS

Pursuant to statute, this Court's standard of review for a magistrate judge's Report and Recommendation is as follows:

> A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made. A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge.

28 U.S.C. § 636(b)(1).  In this case, no objections have been filed, and it appears to the Court upon review of Judge Bremer's findings and conclusions, that there is no ground to reject or modify them.  Therefore, the Court accepts Judge Bremer's Report and Recommendation of April 21, 2021 [ECF No. 16], and accepts Defendant's plea of guilty in this case to Counts 1 and 2 of the Information.

    IT IS SO ORDERED.

    Dated this 6th day of May, 2021.

_____
STEPHANIE M. ROSE
UNITED STATES DISTRICT JUDGE